UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORINA NOVAC,
                    Plaintiff,

-v-

UNITED PARCEL SERVICES, INC.,
                    Defendant.

21-MC-781 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      For substantially the reasons set out in the memorandum of law at Docket Number 2, the motion to compel Sharon Bourgeois to Fully and Completely Respond to Subpoena at Docket Number 1 is granted.  On or before February 14, 2022, Sharon Bourgeois shall produce documents to UPS as described on pages 3 and 4 of the memorandum at Docket Number 2.  The Clerk of Court is directed to mail a copy of this order to the *pro se* plaintiff in this matter.

      SO ORDERED.

Dated: January 21, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge