UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORINA NOVAC,
                          Plaintiff,

           -v-

UNITED PARCEL SERVICES, INC.,
                          Defendant.

21-MC-781 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This miscellaneous action was resolved at Docket Number 10. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: January 26, 2022
        New York, New York

_____
J. PAUL OETKEN
United States District Judge